Filed 8/20/24  P. v. Anderson CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D083200 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN432383) |
| GRANT W. ANDERSON, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of San Diego County, Robert J. Kearney, Judge.  Affirmed.

William D. Farber, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

INTRODUCTION

Grant W. Anderson appeals from an order revoking probation.  His appointed counsel filed a brief seeking our independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and *Anders v. California* (1967) 386 U.S. 738 (*Anders*).  We informed Anderson of his right

to personally file a brief, and he has not done so. We find no reasonably arguable appellate issues and affirm.[1]

## FACTUAL AND PROCEDURAL BACKGROUND

Anderson pleaded no contest on December 23, 2022 to felony resisting an executive officer (Pen. Code,[2] § 69) in case number SCN432383. The trial court accepted Anderson's plea and sentenced him on March 16, 2023 to two years formal probation with credit for time served. Anderson's probation conditions included that he obey all laws; report to his parole officer as directed; not knowingly use or possess alcohol as directed; and not unlawfully use force, threats, or violence against another person.

On April 25, 2023, Anderson's probation officer issued a probation report alleging Anderson violated multiple conditions of his probation. First, the report alleged Anderson failed to appear for a probation appointment scheduled for April 13, 2023. Second, the report described Anderson's arrest on April 20, 2023 for public intoxication (§ 647, subd. (f)), during which Anderson threatened to kill the arresting officer and the officer's family, spat on the officer, and attempted to headbutt the officer. Anderson was subsequently convicted in case number SCN443066 of felony resisting an executive officer (§ 69) and misdemeanor battery upon a peace officer (§ 243, subd. (b)).

Anderson moved to discharge defense counsel in case number SCN432383 on July 5, 2023 pursuant to *People v. Marsden* (1970) 2 Cal.3d 118 (*Marsden*)). After an in camera hearing, the court denied Anderson's *Marsden* motion.

---

[1]    On the court's own motion, we take judicial notice of our records in appeal number D083103.

[2]    Undesignated statutory references are to the Penal Code.

2

On October 31, 2023, the court sentenced Anderson in case number SCN443066 and then revoked and terminated his probation in case number SCN432383. The court sentenced Anderson in case number SCN432383 to the low term of one year four months in state prison to be served concurrently to the sentence imposed in case number SCN443066. The court struck all fines, fees, and costs based on Anderson's inability to pay.

Anderson timely appealed the order revoking probation in case number SCN432383.[3]

## DISCUSSION

Anderson's appellate counsel has filed a brief pursuant to *Wende, supra*, 25 Cal.3d 436 and *Anders, supra*, 386 U.S. 738, setting forth a statement of the case and statement of facts, urging no grounds for reversal of the judgment, and asking this court to independently review the record for error.

We have reviewed the entire record as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Anderson on this appeal.

---

[3] Anderson separately appealed the judgment in case number SCN443066 in appeal number D083103.

## DISPOSITION

The order revoking Anderson's probation is affirmed.

                                                                        RUBIN, J.

WE CONCUR:


IRION, Acting P. J.


KELETY, J.